IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN C. HUTCHINS,
    Petitioner,

vs.                                       Case No.: 5:14cv152/RS/EMT

STATE,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a petition for writ of mandamus, which the clerk docketed as brought pursuant to 28 U.S.C. § 1361 (doc. 1).  By order of this court dated July 2, 2014, Petitioner was given thirty (30) days in which to submit a motion to proceed in forma pauperis, with a prisoner consent form and financial certificate, or pay the miscellaneous filing fee in the amount of $46.00 (*see* doc. 3).  Petitioner failed to respond to the order; therefore, on August 7, 2014, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 4).  The time for compliance with the show cause order has now elapsed, and Petitioner has failed to submit a motion to proceed in forma pauperis, pay the miscellaneous filing fee, or otherwise respond to the court's order.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 15th day of September 2014.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **CHIEF UNITED STATES  MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**