IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRIAN C. HUTCHINS,**

      Petitioner,

v.                          CASE NO. 5:14-cv-152-RS-EMT

**STATE,**

      Respondent.
_____/

## ORDER

Before me is the September 15, 2014, Magistrate Judge's Report and Recommendation (Doc.5). No objections have been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

3. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

4. The clerk is directed to close the case.

**ORDERED** on October 17, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**